OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, with costs, defendants’ motion for summary judgment granted and complaint dismissed. Certified question answered in the negative. Plaintiff assumed the risk of injury when he swung on, and subsequently fell off, an exercise apparatus constructed over a concrete floor
 
 (see, Turcotte v Fell,
 
 68 NY2d 432, 438-439;
 
 see also, Morgan v State of New York,
 
 90 NY2d 471, 488).
 

 Concur: Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo.